UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KELSEY TROTTA,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | 2:23-CV-12258-TGB<br><br>HONORABLE<br>TERRENCE G. BERG |

# JUDGMENT

For the reasons stated in the Memorandum and Order entered on July 18, 2024 judgment is entered in favor of Defendant and against Plaintiff and the case is DISMISSED.

KINIKIA ESSIX
CLERK OF THE COURT

Dated: July 18, 2024          By: s/T. McGovern _____
                                                Deputy Clerk

APPROVED AS TO FORM:

/s/Terrence G. Berg _____
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE